PATRICK J. DAWE, Landlord, Appellant, *v.* ABRAHAM SILBERMAN, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, December 2, 1944.

*Martin Granirer* for appellant.

*Irving S. Zinker* for respondent.

*Maurice R. Whitebook, Chief Attorney* (*Harold Tessler* of counsel), for Office of Price Administration, New York City Defense-Rental Area, *amicus curiæ.*

Final order affirmed, with $25 costs. No opinion.

Concur: MacCRATE, SMITH and McCOOEY, JJ.